

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-86,600-01

**EX PARTE SANDY LEE WALLS, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. CR40515A IN THE 441ST DISTRICT COURT
## FROM MIDLAND COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to two counts of aggravated robbery and was sentenced to twenty-eight years' imprisonment.

On March 27, 2017, this Court received Applicant's habeas application from Midland County. The trial court's findings of fact and conclusions of law indicate that there was a habeas hearing conducted in this case on May 16, 2016, and November 16, 2016. However, the transcript of the habeas hearing is not included in the record.

The District Clerk of Midland County shall supplement the habeas record with a transcript

of any habeas hearing conducted in this case. This application will be held in abeyance until the District Clerk of Midland County submits the supplemental transcript, which shall be forwarded to this Court within 30 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: October 18, 2017
Do not publish